# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

January 16, 2024

**Before**

FRANK H. EASTERBROOK, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

JOHN Z. LEE, *Circuit Judge*

No. 22-1515

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. TODD HEATH,<br>    *Relator-Appellant*, | Appeal from the United States District<br>Court for the Eastern District of Wisconsin. |
| *v.* | No. 2:08-cv-00724-LA |
| WISCONSIN BELL, INC.,<br>    *Defendant-Appellee*. | Lynn Adelman,<br>*Judge*. |

## O R D E R

Upon consideration of Defendant-Appellee's petition for rehearing en banc filed on August 30, 2023 and Relator-Appellant's answer filed on October 4, 2023, no judge in active service has requested a vote on the petition for rehearing en banc.[*] The petition for rehearing en banc is therefore DENIED. To the extent the petition sought panel rehearing, the petition is GRANTED to the extent that the panel is issuing the attached amended opinion, which includes an entirely new discussion of the federal funds issue.

---

[*] Judge Rovner and Judge Kirsch did not participate in the consideration of the petition for rehearing en banc.